IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Prevent U.S.A. Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>Volkswagen, AG; and Volkswagen Group of America, Inc.,<br><br>   Defendants. | No. 2:22-cv-00506-JRG-RSP<br><br>Honorable Rodney Gilstrap<br>Chief District Court Judge |

**PLAINTIFF PREVENT U.S.A. CORPORATION'S NOTICE OF COMPLIANCE**

Plaintiff Prevent U.S.A. Corporation ("Prevent") hereby notifies the Court that on August 10, 2023, Prevent has complied with the Court's Docket Control Order (Dkt. 47), by serving its Initial Disclosures on counsel for Defendants Volkswagen, AG and Volkswagen Group of America, Inc. via electronic mail.

Dated: August 10, 2023

Respectfully submitted,

**McKool Smith P.C.**

/s/ Sam Baxter
Samuel F. Baxter
sbaxter@McKoolSmith.com
Jennifer Truelove
jtruelove@McKoolSmith.com
**McKool Smith P.C.**
104 E Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Radu A. Lelutiu
James H. Smith
Melissa Cabrera
**McKool Smith P.C.**

        One Manhattan West, 50th Floor
        New York, NY 10001
        (212) 402-9400
        rlelutiu@mckoolsmith.com
        jsmith@mckoolsmith.com
        mcabrera@mckoolsmith.com

*Attorneys for Plaintiff*
**PREVENT U.S.A. CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically in compliance with Local Rule CV-5(a), and so served on all counsel who have consented to electronic service on August 10, 2023.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove
