**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

PREVENT U.S.A. CORPORATION,                   §
                                              §
     *Plaintiff*,                               §
                                              §
v.                                            §
                                              §    CIVIL ACTION NO. 2:22-CV-00506-JRG-RSP
                                              §
VOLKSWAGEN, AG and                            §
VOLKSWAGEN GROUP OF AMERICA,                  §
INCORPORATED,                                 §
                                              §
     *Defendants*.                             §

<u>**ORDER**</u>

     Having reviewed the parties' Agreed Motion to Set Deadline for Motion to Dismiss (**Dkt. No. 80**), the Court finds the motion should be **GRANTED**.

     It is therefore **ORDERED** that the deadline for Defendants to file their motion to dismiss shall be December 18, 2023. This deadline supersedes the current deadline for Defendants to answer or otherwise respond to Plaintiff's Second Amended Complaint.

     **SIGNED this 29th day of November, 2023.**

 

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE